■ EDWARD COOK, Appellant, v CAPITAL DISTRICT TRANSPORTATION AUTHORITY, Respondent. [749 NYS2d 455] —Appeal from an order of the Supreme Court (Sheridan, J.), entered December 14, 2001 in Albany County, which granted defendant's motion for summary judgment dismissing the complaint.

Order affirmed, upon the opinion of Justice Edward A. Sheridan.

Mercure, J.P., Crew III, Peters, Spain and Carpinello, JJ., concur. Ordered that the order is affirmed, with costs.